PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND  (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7177
  FAX: (415) 436-6570
  molly.friend@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT ADMINISTRATION REPUBLIC OF KOREA IN JANG WOOYOUNG V. ANONYMOUS | MISC. NO. 3:25-MC-80085 <br><br> DECLARATION OF MOLLY A. FRIEND IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

I, Molly A. Friend, declare as follows:

1.      I am an Assistant United States Attorney and represent the United States of America in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court.  I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the United States Department of Justice, to which a Letter of Request has been transmitted for execution.  I make this declaration in support of the Government's request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining information from Google, LLC ("Google").  The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.      In connection with a judicial proceeding in the National Court Administration, Republic of Korea, Seoul Eastern District (the "Korean Court"), captioned: *Jang Wooyoung v. Anonymous*,

Foreign Reference Number 2024-F-3714, the Korean Court issued a Letter of Request seeking information from Google.  A true and correct copy of the Letter of Request is attached as Exhibit 1.

3.      On or about January 21, 2025, the U.S. Attorney's Office first wrote to Google about the Korean Court's request for international judicial assistance. Google responded that it would require a subpoena pursuant to § 1782 in order to consider the request. The U.S. Attorney's Office sent Google a proposed application with supporting documents on March 11, 2025.  In response, Google stated that, after it receives the subpoena, provides notice to the affected user(s), and any objections by Google or from the affected user(s) are asserted and fully adjudicated in favor of production, Google is willing to provide the requested information to the U.S. Attorney's Office, provided that the District Court appoints me as Commissioner to issue a United States federal court subpoena for the information.

4.      A true and correct copy of the proposed subpoena that I will serve on Google if the Court grants the Application is attached as Exhibit 2.

5.      Google does not object to the entry of the accompanying proposed order, which allows Google to provide notice to the affected user(s), and provides both the user(s) and Google time to object and/or file a motion to quash the resulting subpoena.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed this 11th day of March, 2025, in San Francisco, California.

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

# EXHIBIT 1



NATIONAL COURT ADMINISTRATION
REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

Oct. 29, 2024
Our Ref: **2024-F-3714**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

**National Court Administration**
**(Attn: Director of International Affairs)**

**219 Seocho-Daero, Seocho-Gu,**

**Seoul  06590**

**REPUBLIC OF KOREA**

Yours sincerely,

KIM Eun Sil
Director of International Affairs
National Court Administration

**NOV 1 5 2024**

CIV 189-34-25-5

3714

**Registered No.** 2024-3759

# CERTIFICATE



## GNS TRANSLATION & ADMINISTRATION OFFICE

#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 한다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓴 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | |
|---|---|
| 1. Sender<br>(발송처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 06590<br>REPUBLIC OF KOREA |
| 2. Central Authority of the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. Person to whom the executed request is to be returned<br>(집행된 요청서의 수신처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 06595<br>the REPUBLIC OF KOREA |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

| | |
|---|---|
| Date<br>(날짜) | |
| Reason for urgency*<br>(긴급을 요하는 이유) | |

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

## IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
## THE UNDERSIGNED APPLICANT HAS THE HONOUR
## TO SUBMIT THE FOLLOWING REQUEST:
### (협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

5. a    Requesting judicial
authority (Article 3,a)
(촉탁 사법 당국)
(제3조 1)

Seoul Eastern District Court
(101, Beobwon-ro, Songpa-gu, Seoul, Republic of Korea)

    b    To the competent
authority of (Article 3,a)
(집행할 관할 당국)(제3조 1)
(모르는 경우에는 기재하지
말 것.)

United States District Court for the Northern District of
California
(450 Golden Gate Avenue San Francisco, CA 94102, United
States of America)

    c    Names of the case
and any identifying
number
(사건의 이름과 번호)

2024GADAN150264 Compensation for damage (Gi)

6. Names and addresses of the parties and their representatives
(including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

    a    Plaintiff
(원고)

JANG WOOYOUNG

         Representatives
(변호인)

LIWU LAW GROUP
3rd Fl. Yangjin Bldg.
138 Banpodaero, Seochogu
Seoul, Korea, 06594

    b    Defendant
(피고)

Anonymous

         Representatives
(변호인)

    c    Other parties
(그 외)

         Representatives
(변호인)

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등)(제3조 3) | Compensation for damage based on illegal act |
| b | Summary of complaint (소장(청구)에 대한 요약) | The defendant has engaged in stalking, invasion of privacy, and leakage of personal information concerning the plaintiff. As a result, the plaintiff has filed this civil lawsuit against the defendant for the damages incurred. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | Personal information of the Defendant who uses Instagram services with the handle name of '_twinkle1998x' : email address, name, phone number, date of birth, address [Please refer to the attachment for details.] |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | In order to identify the defendant in this case. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Meta Platforms, Inc. Address: 1 Meta Way Menlo Park, CA 94025, United States of America |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주진내용)에 관한 설명)(제3조 6)* | |

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차) (예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)* (촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST**

Sep 10, 2024

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO
# THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING
# OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)



Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

1. Sender
   (발송처)

   > 법원행정처
   > (국제심의관 앞)
   > 대한민국 서울 서초구 서초대로 219
   > 06590

2. Central Authority of the Requested State
   (수탁 국가의 중앙당국)

   > 미국 법무부
   > 국제 사법 지원 사무소
   > 1100 L Street, NW, Room 8102
   > Washington, D.C. 20005
   > United States of America

3. Person to whom the executed request is to be returned
   (집행된 요청서의 수신처)

   > 법원행정처
   > (국제심의관 앞)
   > 대한민국 서울 서초구 서초대로 219
   > 06590

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
   (촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

   Date
   (날짜)

   Reason for urgency*
   (긴급을 요하는 이유)

_____
\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

## IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:
### (협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

5. a    Requesting judicial authority (Article 3,a)
(촉탁 사법 당국)
(제3조 I)

서울동부지방법원
(서울특별시 송파구 법원로 101)

   b    To the competent authority of (Article 3,a)
(관할 관청 당국)(제3조 I)
(모르는 경우에는 기재하지 말 것.)

미국연방지방법원 캘리포니아 북부지방법원
(450 Golden Gate Avenue San Francisco, CA 94102, United States of America)

   c    Names of the case and any identifying number
(사건의 이름과 번호)

2024가단150264 손해배상(기)

6. Names and addresses of the parties and their representatives (including representatives in the requested State\*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함\*)(제3조 2)

   a    Plaintiff
(원고)

장우영

      Representatives
(변호인)

법무법인 리우
대한민국 서울 서초구 반포대로 138, 양진빌딩 3층,
(우)06594

   b    Defendant
(피고)

성명불상

      Representatives
(변호인)

   c    Other parties
(그 외)

      Representatives
(변호인)

---
\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | 불법행위로 인한 손해배상 청구 |
| b | Summary of complaint (소장(청구)에 대한 요약) | 피고는 원고에 대한 스토킹, 사생활침해, 개인정보유출 등을 하였습니다. 이에 원고는 피고를 상대로 피해에 대한 본 민사소송을 제기하였습니다. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) |  |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | 인스타그램 서비스를 '_twinkle1998x' 라는 계정으로 이용하는 자의 신원확인정보: 이메일주소, 이름, 전화번호, 생일, 주소: [세부 내용은 첨부자료를 참고해주시기 바랍니다.] |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | 본 소송의 피고를 특정하고자 합니다. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받은 자의 신원과 주소)* (제3조 5)* | 메타 플랫폼 주식회사 주소: 1 Meta Way Menlo Park, CA 94025, United States of America |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받은 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | [세부 내용은 첨부자료를 참고해주시기 바랍니다.] |

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)*<br>(증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)*<br>(증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)*<br>(따라야 하는 특별한 방식 또는 절차)<br>(예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*<br>(촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)*<br>(촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청)(제8조)* | |

* Omit if not applicable.
 (필요없을 경우에는 삭제할 것.)

| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
|---|---|---|
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST**  |  2024년 9월 10일

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

---

\* Omit if not applicable.
   (필요없을 경우에는 삭제할 것.)

등부 2024년 제 3759호      Registered No. 2024-3759

## 외 국 어 번 역 행 정 사 확 인 서

## CERTIFICATE OF LICENSED TRANSLATION

나는 첨부된 문서가 본 사무소에 의하여 번역이 되었으며 그 번역이 진실되고 원본과 일치한 것임을 증명한다.

위 번역문은 원본과 일치하게 번역하였기에 대한민국 행정사법 제 20조에 의거하여 번역확인증명서에 서명 날인 하였다.

I hereby certify that GNS CO.,LTD., translated the attached document.
The translation is true, correct and accurate to the original.

Since the above translation was translated to match the original, the Certificate of Translation was signed and sealed in accordance with Article 20 of the Licensed Administrative Agent Act in the Republic of the Korea.

2024 년 10 월 02 일
위 사무소에서 인증한다.

This is hereby confirmed on this 2nd day of October 2024 at this office.

대한행정사협회
등록번호 : 제 267호

Korean Association of Public Administration Lawyer
Registration Number : 267




외국어 번역행정사
자격증 번호:15300000110

Licensed Administrative Agent
License No.15300000110

지앤에스 번역행정사 사무소
서울 종로구 인사동길 12, 1405호(인사동, 대일빌딩)

GNS TRANSLATION & ADMINISTRATION OFFICE
#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea

# CERTIFICATE



## GNS TRANSLATION & ADMINISTRATION OFFICE

#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea



NATIONAL COURT ADMINISTRATION
REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

Oct. 29, 2024
Our Ref: **2024-F-3715**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

**National Court Administration**
**(Attn: Director of International Affairs)**

**219 Seocho-Daero, Seocho-Gu,**

**Seoul  06590**

**REPUBLIC OF KOREA**

Yours sincerely,

김은실

KIM Eun Sil
Director of International Affairs
National Court Administration

NOV 1 5 2024

CIV 189-34-255



**Registered No.** 2024-3760

# CERTIFICATE



## GNS TRANSLATION & ADMINISTRATION OFFICE

#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)



1. Sender
   (발송처)

   > National Court Administration
   > (Attn: Director of International Affairs)
   > 219 Seocho-daero, Seocho-gu,
   > SEOUL 06590
   > REPUBLIC OF KOREA

2. Central Authority of the Requested State
   (수탁 국가의 중앙당국)

   > Office of International Judicial Assistance
   > U.S. Department of Justice
   > 1100 L Street, NW, Room 8102
   > Washington, D.C. 20005
   > United States of America

3. Person to whom the executed request is to be returned
   (집행된 요청서의 수신처)

   > National Court Administration
   > (Attn: Director of International Affairs)
   > 219 Seocho-daero, Seocho-gu,
   > SEOUL 06595
   > the REPUBLIC OF KOREA

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
   (촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

   Date
   (날짜)

   Reason for urgency*
   (긴급을 요하는 이유)

---

\* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
THE UNDERSIGNED APPLICANT HAS THE HONOUR
TO SUBMIT THE FOLLOWING REQUEST:**
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

5. a    Requesting judicial
authority (Article 3,a)
(촉탁 사법 당국)
(제3조 1)

> Seoul Eastern District Court
> (101, Beobwon-ro, Songpa-gu, Seoul, Republic of Korea)

   b    To the competent
authority of (Article 3,a)
(집행할 관할 당국)(제3조 1)
(모르는 경우에는 기재하지
말 것)

> United States District Court for the Northern District of
> California
> (450 Golden Gate Avenue San Francisco, CA 94102, United
> States of America)

   c    Names of the case
and any identifying
number
(사건의 이름과 번호)

> 2024DAN150264 Compensation for damage (Gi)

6. Names and addresses of the parties and their representatives
(including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*)(제3조 2)

   a    Plaintiff
(원고)

> JANG WOOYOUNG

     Representatives
(변호인)

> LIWU LAW GROUP
> 3rd Fl. Yangjin Bldg.
> 138 Banpodaero, Seochogu
> Seoul, Korea, 06594

   b    Defendant
(피고)

> Anonymous

     Representatives
(변호인)

   c    Other parties
(그 외)

     Representatives
(변호인)

---
\* Omit if not applicable.
(필요 없은 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | Compensation for damage based on illegal act |
| b | Summary of complaint (소장(청구)에 대한 요약) | The defendant has engaged in stalking, invasion of privacy, and leakage of personal information concerning the plaintiff. As a result, the plaintiff has filed this civil lawsuit against the defendant for the damages incurred. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | Personal information of the Defendant who is an operator of YouTube channel, youtube.com/@_twinkle1998x : email address, name, phone number, date of birth, address [Please refer to the attachment for details.] |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | In order to identify the defendant in this case. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Google LLC(Google LLC's registered service agent, Corporation Service Company). Address: Corporation Service Company 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833, United States of America Email: internationalcivil@google.com google-legal-support@google.com |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | |

* Omit if not applicable.
 (필요 없을 경우에는 삭제할 것.)

A2679

| | |
|---|---|
| 11.     Documents or other property to be inspected (Article 3,g)*<br>(증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12.     Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)*<br>(증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | |
| 13.         Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)*<br>(따라야 하는 특별한 방식 또는 절차)<br>(예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | |
| 14.     Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*<br>(촉탁서의 집행 시간과 장소를 판결 당사자 또는 대리인에게 알려 달라는 요청,<br>그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15.     Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)*<br>(촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
|---|---|---|
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST**

Sep 10, 2024

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

1. Sender
   (발송처)

   법원행정처
   (국제심의관 앞)
   대한민국 서울 서초구 서초대로 219
   06590

   

2. Central Authority of the Requested State
   (수탁 국가의 중앙당국)

   미국 법무부
   국제 사법 지원 사무소
   1100 L Street, NW, Room 8102
   Washington, D.C. 20005
   United States of America

3. Person to whom the executed request is to be returned
   (집행된 요청서의 수신처)

   법원행정처
   (국제심의관 앞)
   대한민국 서울 서초구 서초대로 219
   06590

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
   (촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

   Date
   (날짜)

   Reason for urgency*
   (긴급을 요하는 이유)

---

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
THE UNDERSIGNED APPLICANT HAS THE HONOUR
TO SUBMIT THE FOLLOWING REQUEST:**
**(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

| | | |
|---|---|---|
| 5. a | Requesting judicial authority (Article 3,a) (촉탁 사법 당국) (제3조 1) | 서울동부지방법원 (서울특별시 송파구 법원로 101) |
| b | To the competent authority of (Article 3,a) (집행할 관할 당국)(제3조 1) (모르는 경우에는 기재하지 말 것.) | 미국연방지방법원 캘리포니아 북부지방법원 (450 Golden Gate Avenue San Francisco, CA 94102, United States of America) |
| c | Names of the case and any identifying number (사건의 이름과 번호) | 2024가단150264 손해배상(기) |

6. Names and addresses of the parties and their representatives
   (including representatives in the requested State*) (Article 3,b)
   (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*)(제3조 2)

| | | |
|---|---|---|
| a | Plaintiff (원고) | 장우영 |
| | Representatives (변호인) | 법무법인 리우 대한민국 서울 서초구 반포대로 138, 양진빌딩 3층, (우)06594 |
| b | Defendant (피고) | 성명불상 |
| | Representatives (변호인) | |
| c | Other parties (그 외) | |
| | Representatives (변호인) | |

---
\* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | 불법행위로 인한 손해배상 청구 |
| b | Summary of complaint (소장(청구)에 대한 요약) | 피고는 원고에 대한 스토킹, 사생활침해, 개인정보유출 등을 하였습니다. 이에 원고는 피고를 상대로 피해에 대한 본 민사소송을 제기하였습니다. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | 유튜브 채널 youtube.com/@_twinkle1998x를 운영하는 자의 신원확인정보: 이메일주소, 이름, 전화번호, 생일, 주소): [세부 내용은 첨부자료를 참고해주시기 바랍니다.] |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | 본 소송의 피고를 특정하고자 합니다. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | 구글 유한회사 (구글 유한회사의 등록 서비스 대리인, 법인 서비스 회사). 주소: Corporation Service Company 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833, United States of America 이메일: internationalcivil@google.com google-legal-support@google.com |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | [세부 내용은 첨부자료를 참고해주시기 바랍니다.] |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차) (예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)* (촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST**  | 2024년 9월 10일 |

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

---

\* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

등부 2024년 제 3760호

Registered No. 2024–3760

외 국 어 번 역 행 정 사 확 인 서

CERTIFICATE OF LICENSED
TRANSLATION

나는 첨부된 문서가 본 사무소에 의하여 번역
이 되었으며 그 번역이 진실되고 원본과 일치
한 것임을 증명한다.

I hereby certify that GNS CO.,LTD., translated
the attached document.
The translation is true, correct and accurate
to the original.

위 번역문은 원본과 일치하게 번역하였기에 대
한민국 행정사법 제 20조에 의거하여 번역확
인증명서에 서명 날인 하였다.

Since the above translation was translated to
match the original, the Certificate of
Translation was signed and sealed in
accordance with Article 20 of the Licensed
Administrative Agent Act in the Republic of the
Korea.

2024 년 10 월 02 일
위 사무소에서 인증한다.

This is hereby confirmed on this 2nd day of
October 2024 at this office.

대한행정사협회
등록번호 : 제 267호

Korean Association of Public Administration Lawyer
Registration Number : 267



羅 完 植



_wan sik Ra_

외국어 번역행정사
자격증 번호:15300000110

Licensed Administrative Agent
License No.15300000110

지앤에스 번역행정사 사무소
서울 종로구 인사동길 12, 1405호(인사동, 대일빌딩)

GNS TRANSLATION & ADMINISTRATION OFFICE
#1405 Daeil Bldg, 12, Insadong-gil, Jongno-gu, Seoul, Korea

# EXHIBIT 2

## <u>Attachment A</u>

**YOU ARE COMMANDED** to produce the e-mail address, name, phone number, date of birth, and address, for the YouTube user identified in Exhibit A to the Application. ECF No. __.

Google shall provide a copy of the subpoena to the relevant account owner(s) and advise them that they have 21 calendar days from the date they receive the subpoena to file an objection or a motion to quash challenging the subpoena.

Absent any objections or motions challenging the subpoena filed by the user or Google in response to the subpoena, Google shall produce the information described in above, to the extent it is available.

Google will not disclose any information that would be inconsistent with its obligations under the federal law including, but not limited to, the Stored Communications Act.